STATE of Missouri, Plaintiff/Appellant,

v.

David B. WHITE,
Defendant/Respondent.

No. ED 97446.

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 11, 2012.

Chris Koster, Attorney General, Jennifer A. Wideman, Assistant Attorney General, Jefferson City, MO, for appellant.

Ellen H. Flottman, Columbia, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and ROY L. RICHTER, J.

*ORDER*

PER CURIAM.

The state appeals from a judgment of acquittal entered in defendant's favor. No error of law appears, and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).